### JUNIOR FUGATE v. STATE OF FLORIDA

2 So. (2nd) 927                                    Division A

May 6, 1941

W. D. Bell and Gordon Hays, for appellant.

J. Tom Watson, Attorney General, Nathan Cockrell, Assistant Attorney General, and Clyde H. Wilson, State Attorney, for appellee.

PER CURIAM:

The record and briefs in this case have been examined and it appearing from the record that the verdict is sustained by the evidence and no error of law appearing; therefore the judgment and sentence is affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ.